# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr202

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL MANDEL TRENT. ) | |

**THIS MATTER** is before the Court on the Remand of the United States Fourth Circuit Court of Appeals for re-sentencing. United States v. Trent, 443 F. App'x 860 (4th Cir. 2011).

**IT IS, THEREFORE, ORDERED** as follows:

1. The United States Marshal shall have the Defendant present in Asheville, North Carolina for the March 2012 sentencing term; and

2. The Clerk of court shall calendar this matter for that term.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, Counsel for the Defendant, the United States Marshals Service, and the United States Probation Office for the Western District of North Carolina.

**IT IS SO ORDERED.**

Signed: February 14, 2012

Martin Reidinger
United States District Judge